IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, § <br> AS TRUSTEE FOR RESIDENTIAL ASSET § <br> SECURITIES CORPORATION, HOME § <br> EQUITY MORTGAGE ASSET-BACKED § <br> PASS-THROUGH CERTIFICATES, § <br> SERIES 2007-KS2, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> EMMA MAXINE MCCORMICK and § <br> MARTIN L. MCCORMICK, § <br> § <br> Defendants. § | Civil Action No. **3:17-CV-1704-L** |

## ORDER

On October 15, 2018, United States Magistrate Irma Carrillo Ramirez entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant Plaintiff's Motion for Attorney's Fees (Doc. 14), filed March 22, 2018. Specifically, the magistrate judge recommends that the court award Plaintiff $2,633 in reasonable attorney's fees. No objections to the Report were filed.

Having considered the motion, supporting documentation, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Plaintiff's Motion for Attorney's Fees (Doc. 14) and **awards** Plaintiff **$2,633** in reasonable attorney's fees.

**It is so ordered** this 6th day of November, 2018.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**